```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2006 APR 19  PM 4: 18

                                          LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. RUSSELL | CIVIL ACTION |
| VERSUS | NO. 04-1321 |
| BURL CAIN | SECTION "F"(4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that the petition of Robert F. Roussell for habeas corpus relief under 28 U.S.C. §2254 is dismissed with prejudice.

New Orleans, Louisiana, this 19th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No___
```